UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 10cv0709-L(POR) |
| Plaintiff, | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| $48,080.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Having reviewed the Joint Motion For Forfeiture of Defendant Currency and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. $24,040.00 (twenty-four thousand forty dollars) of the defendant $48,080.00 (forty-eight thousand eighty dollars) in United States currency shall be returned to Claimant Sebastian Meadowcroft ("Claimant") through his attorney, Richard M. Barnett.

2. The remainder of the defendant $48,080.00 (forty-eight thousand eighty dollars) in United States currency, consisting of $24,040.00 (twenty-four thousand forty dollars) in United States currency, is hereby condemned and forfeited to the United States.

//

3.  Any costs incurred by the United States incident to the seizure, custody, and forfeiture of the defendant currency shall be borne by the United States.

4.  Claimant has agreed that by entering into the joint motion, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.  The parties shall bear their own costs and expenses, including all attorney fees.

5.  The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

6.  Claimant has warranted and represented as a material fact that he is the sole owner of the defendant $48,080.00 in United States currency, and further warrants that no other person or entity has any right, claim or interest in the defendant $48,080.00 in United States currency, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and return of the defendant $48,080.00 in United States currency.

7.  The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant may owe to the United States.

//
//
//
//
//
//
//
//

8.  The Claimant, his respective agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure and custody of the defendant currency.

9.  This case is hereby ordered closed.  Let judgment be entered accordingly.

DATED: July 22, 2010

                                           _____
M. James Lorenz
United States District Court Judge